NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NYLIA CARROLL,                                     )
a/k/a NYLIA MARIE CARROLL,                         )
                                                   )
          Appellant,                               )
                                                   )
v.                                                 )          Case No. 2D16-4515
                                                   )
STATE OF FLORIDA,                                  )
                                                   )
          Appellee.                                )
_____          )

Opinion filed April 4, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Howard L. Dimmig, II, Public Defender, and
Joanna B. Conner, Assistant Public
Defender, Bartow, for Appellant.

Howard L. Dimmig, II, Public Defender, and
David Campbell, Assistant Public Defender,
Bartow, for Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and CASANUEVA and ATKINSON, JJ., Concur.